# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

|  |  |
|---|---|
| BRANDON CAIRE | * |
| Appellee | * |
| v. | *  Appeal No.: 13-2485 |
| CONIFER VALUE-BASED CARE, LLC, *et al*. | * |
| Appellants. | * |

### APPELLEE'S RESPONSE TO APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL

1.     On or about December 6, 2013, Conifer Value-Based Care, LLC and Janet Camp (collectively "Appellants") filed a Notice of Appeal in this matter. (USDC *13-cv-01216*, ECF Docket No. 28).   The Notice of Appeal and docket sheet were thereafter transmitted to the Court of Appeals, and a case number assigned.

2.     On February 20, 2014, Appellants filed Motion for Voluntary Dismissal (Appeal Docket No. 14) of the instant appeal.  In their filing, Appellants represent that this matter "has since been resolved by the Parties, and the appeal is now moot." (Appellants' Mot, ¶ 2).

3.     Though Appellee, Brandon Caire ("Appellee"), does not oppose Appellants' Voluntary Dismissal of the instant appeal, in the interest of candor to the Court, counsel for Appellee believes it is important to inform the Court that this matter has not been resolved.

4.     On January 16, 2014, the Parties took part in a mediation conducted by the Honorable Stephane A. Gallagher.  At the mediation, the Parties agreed to certain terms but the Parties were to memorialize final terms in a formal settlement agreement.  The final terms have

1

not yet been memorialized in a formal settlement agreement and, as of the last iteration submitted by Appellee's counsel to Appellants' counsel, many terms were in dispute.

5. Additionally, FED. R. APP. P 39(a)(1) provides that "if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise." Though Appellee was not consulted regarding Appellants' Motion, by this response, Appellee states that he does not oppose Appellants' motion to have all Parties responsible for their own costs in the instant appeal, as long as Appellee's attorney does not have to incur any further time and costs in the instant appeal and as long as no costs, other than the time already spent and costs already incurred by Appellee in the instant appeal, are assessed against Appellee.

Respectfully submitted,

_____/s/_____
Ruth Ann Azeredo (MD 16175)
Law Office of Ruth Ann Azeredo LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
Tel.: (410) 558-1915
Fax: (410) 558-1917
ruthazeredo@comcast.net
*Counsel for Appellee, Brandon Caire*

Date:_____

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2014, a copy of the foregoing Appellee's Response to Appellants' Motion for Voluntary Dismissal was served on all counsel via CM/ECF system, and mailed via U.S. First Class Mail, postage prepaid, to the following:

>John S. Vander Woude, Esquire
>Eccleston & Wolf, P.C.
>Baltimore-Washington Law Center
>7240 Parkway Drive, 4th Floor
>Hanover, MD  21076-1378
>
>          -and-
>
>Eric Rigatusa, Esquire
>Eccleston & Wolf, P.C.
>Baltimore-Washington Law Center
>7240 Parkway Drive, 4th Floor
>Hanover, MD  21076-1378

>          /s/
>Ruth Ann Azeredo