# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 25, 2014

_____

## NOTICE TO FILE REPLY

_____

No.    13-2485,          Brandon Caire v. Conifer Value-Based Care, LLC

1:13-cv-01216-RDB

**REPLY DUE: March 4, 2014**

TO: Eric Rigatuso, John Woude

A reply is required in connection with the pending motion to dismiss and response. The reply must be filed in the Office of the Clerk by the due date provided.

Jeffrey S. Neal, Deputy Clerk
804-916-2702